NO. CAAP-16-0000816

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION, as Trustee for
SG Mortgage Securities Asset Backed Certificates,
Series 2006-FRE2, aka US BANK NATIONAL ASSOCIATION,
as Trustee for SG Mortgage Securities Trust 2006-FRE2,
Asset Backed Certificates, Series 2006-FRE2,
Plaintiff-Appellee,
v.
LEONIDA F. CHANG, JOSE-RIZAL B. VIERNES,
Defendants-Appellants,
and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
Solely as Nominee for Fremont Investment & Loans,
Defendants-Appellees,
and
DOES 1-20, Inclusive, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-0862)

ORDER DISMISSING THE JUNE 22, 2017
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Leonard, Presiding Judge, and Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation of Dismissal of
Appeal with Prejudice, filed June 22, 2017, by Plaintiff-Appellee
U.S. Bank National Association, the papers in support, and the
record, it appears that the parties stipulated to dismiss the
appeal with prejudice but on May 31, 2017, the court dismissed
the appeal for failure to file the opening brief.

Therefore, IT IS HEREBY ORDERED that the Stipulation of Dismissal of Appeal with Prejudice is dismissed as unnecessary.

DATED: Honolulu, Hawai'i, June 29, 2017.

Presiding Judge

Associate Judge

Associate Judge

2